IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-10888
Summary Calendar
_____

RICHARD D. SAVAGE,

Plaintiff-Appellant,

versus

G. FRANKLIN; R. HUDSON,
Warden; M. W. MOORE,
Regional Director; JOHN
STICE, Deputy Director,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 2:95-CV-19

_____

March 14 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Richard D. Savage argues that he did not receive a fair prison disciplinary hearing because there was no evidence presented to support the determination that he had attempted to escape from the prison.

We have reviewed the record, the opinion of the district court, and the brief, and find that the dismissal of the complaint as frivolous should be affirmed substantially for the reasons

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

stated by the district court.  See Savage v. Franklin, No. 2:95-CV-19 (N.D. Tex. Sept. 18, 1995).

A F F I R M E D.